Judge Paul B. Snyder
Chapter 11

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re | No. 08-46005 |
| STEPHEN J. HUEFFED and<br>AMY D. TURNBULL, | NOTICE OF APPEARANCE |
| Debtor(s). | |

TO: DEBTOR; and

TO: CLERK OF THE COURT

PLEASE TAKE NOTICE that pursuant to Bankruptcy Rule 9010(b), Marjorie S. Raleigh hereby enters his appearance on behalf of the United States Trustee for Region 18.

PLEASE TAKE FURTHER NOTICE that the United States Trustee hereby requests that copies of any documents, except proofs of claim, be served on:

    Marjorie S. Raleigh
    Attorney for the United States Trustee
    United States Courthouse
    700 Stewart Street, Suite 5103
    Seattle, WA 98101-1271

Dated: November 18, 2008

    Respectfully submitted,

    ROBERT D. MILLER JR.
    Acting United States Trustee

    /s/ Marjorie S. Raleigh
    MARJORIE S. RALEIGH, WSBA #8544
    Attorney for the United States Trustee

NOTICE OF APPEARANCE
Page 1

Office of the United States Trustee
United States Courthouse
700 Stewart Street, Suite 5103
Seattle, Washington 98101-1271
(206) 553-2000, (206) 553-2566 (fax)

Case 08-46005-PBS   Doc 6   Filed 11/18/08   Entered 11/18/08 15:51:30   Page 1 of 1