Judge: The Honorable Paul B. Snyder
Chapter: 11

# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

In Re:

STEPHEN J. HUEFFED and AMY D. TURNBULL,

Debtors.

BANKRUPTCY NO. 08-46005

**REQUEST FOR SPECIAL NOTICE**

TO: THE UNITED STATES BANKRUPTCY COURT CLERK

AND TO: THE DEBTORS AND DEBTORS' COUNSEL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Bankruptcy Procedure 2002, the undersigned, as attorneys for Westsound Bank, request notice of all appropriate matters, with the exception of service of original process, regarding the above-captioned bankruptcy case.

All such notices should be addressed as follows:

> Westsound Bank
> c/o Daniel M. Caine
> Ryan, Swanson & Cleveland, PLLC
> 1201 Third Avenue, Suite 3400
> Seattle, WA 98101

DATED this 18th day of November, 2008.

RYAN, SWANSON & CLEVELAND, PLLC

By /s/ Daniel M. Caine
Daniel M. Caine, WSBA No. 368
Attorneys for Westsound Bank

REQUEST FOR SPECIAL NOTICE - 1

549153.01