# UNITED STATES BANKRUPTCY COURT
Western District of Washington

## Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors, & Deadlines and Notice of Ex Parte Motion to Dismiss if Debtor Fails to Appear at the Sec. 341 Meeting

A chapter 11 bankruptcy case concerning the debtor(s) listed below was filed on **November 14, 2008**.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below.

**NOTE:** The staff of the bankruptcy clerk's office cannot give legal advice.

See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Stephen J. Hueffed<br>dba La Ferme de Metras, LLC<br>POB 274<br>Doty, WA 98539 | Amy D. Turnbull<br>aka Amy D. Hueffed<br>POB 274<br>Doty, WA 98539 |
| Case Number:<br>08−46005−PBS | Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx−xx−7303<br>xxx−xx−2527 |
| Attorney for Debtor(s) (name and address):<br>Shelly Crocker<br>Crocker Kuno LLC<br>720 Olive Wy Ste 1000<br>Seattle, WA 98101<br>Telephone number: 206−624−9894 | |

## Meeting of Creditors
Date: **December 18, 2008**          Time: **02:00 PM**
Location: **Courtroom J, Union Station, 1717 Pacific Avenue, Tacoma, WA 98402**

**Important Notice to Debtors:** All Debtors (other than corporation and other business entities) must provide picture identification and proof of social security number to the Trustee at the meeting of creditors. Original documents are required; photocopies are not suficient. Failure to comply will result in referral of your case for action the U.S. Trustee.

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

### Deadline to File a Proof of Claim:
Notice of deadline will be sent at a later time.

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

**Deadline to File a Complaint to Determine Dischargeability of Certain Debts: February 17, 2009**

**Deadline to File a Complaint Objecting to Discharge of the Debtor:**
*First date set for hearing on confirmation of plan.*
Notice of that date will be sent at a later time.

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:
Generally, the filing of the bankruptcy case automatically stays certain collection and other actions against the Debtor and the Debtor's property. There are some exceptions provided for in 11 U.S.C. § 362. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>1717 Pacific Avenue<br>Suite 2100<br>Tacoma, WA 98402<br>Telephone number: 253−882−3900 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Mark L. Hatcher<br><br>This case has been assigned to Judge Paul B Snyder. |
| Hours Open: Monday − Friday 8:30 AM − 4:30 PM | Date: November 19, 2008 |

# EXPLANATIONS

Case Number: **08−46005−PBS**

| | |
|---|---|
| Filing of Chapter 11 Bankruptcy Case | A bankruptcy case under Chapter 11 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate any business. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. The court, after notice and a hearing, may order that the United States trustee not convene the meeting if the debtor has filed a plan for which the debtor solicited acceptances before filing the case. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. If a Proof of Claim form is not included with this notice, you can obtain one at any bankruptcy clerk's office. You may look at the schedules that have been or will be filed at the bankruptcy clerk's office. If your claim is scheduled and is *not* listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you file a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all *or* if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim or you might not be paid any money on your claim and may be unable to vote on a plan. The court has not yet set a deadline to file a Proof of Claim. If a deadline is set, you will be sent another notice. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims will be set in a later court order and will apply to all creditors unless the order provides otherwise. If notice of the order setting the deadline is sent to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See Bankruptcy Code § 1141(d). Unless the court orders otherwise, however, the discharge will not be effective until completion of all payments under the plan. A discharge means that you may never try to collect the debt from the debtor except as provided in the plan. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code § 1141(d)(3), you must file a complaint with the required filing fee in the bankruptcy clerk's office not later than the first date set for the hearing on confirmation of the plan. You will be sent another notice informing you of that date. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors, even if the debtor's case is converted to chapter 7. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Notice Re: Dismissal | If the Debtor or joint Debtor fails to file required schedules, statements or lists within 15 days from the date the petition was filed, the U.S.Trustee will apply for an ex parte order of dismissal on the fifth day after the deadline passes. If the Debtor or joint Debtor fails to appear at the meeting of creditors, the U.S. Trustee will apply ex parte for an order of dismissal five days after the date scheduled for the meeting of creditors, or the date of any rescheduled or continued meeting. **This is the only notice you will receive of the U.S. Trustee's motion to dismiss the case.** If you wish to oppose the dismissal, you must file a written objection within five days after the applicable deadline passes (i.e. 15–day deadline or date of meeting of creditors). |

Refer to Other Side for Important Deadlines and Notices

# CERTIFICATE OF NOTICE

```
District/off: 0981-3           User: jeant              Page 1 of 2               Date Rcvd: Nov 19, 2008
Case: 08-46005                 Form ID: b9e             Total Served: 54
```

The following entities were served by first class mail on Nov 21, 2008.
```
db          +Stephen J. Hueffed,   POB 274,   Doty, WA 98539-0274
jdb         +Amy D. Turnbull,   POB 274,   Doty, WA 98539-0274
aty          Daniel M Caine,   Ryan Swanson & Cleveland PLLC,   1201 3rd Ave Ste 3400,
              Seattle, WA  98101-3034
aty         +Marjorie S. Raleigh,   US Trustee,   700 Stewart St Ste 5103,   Seattle, WA 98101-1271
aty         +Shelly Crocker,   Crocker Kuno LLC,   720 Olive Wy Ste 1000,   Seattle, WA 98101-1881
smg         +Attorney General's Office,   Bankruptcy and Collections Unit,   800 5th Ave Ste 2000,
              Seattle, WA 98104-3188
smg         +Securities and Exchange Commission,   Bankruptcy Counsel,   5670 Wilshire Blvd,   11th Floor,
              Los Angeles, CA 90036-5627
sr          +Westsound Bank,   c/o Daniel M Caine,   1201 3rd Ave #3400,   Seattle, WA 98101-3268
951424065   +ARSTRAT,   20819 72nd AVE S, STE 305,   Kent, WA 98032-2390
951424063    Alarm Center Inc.,   dba Custom Securty System,   POB 3407,   Lacey, WA 98509-3407
951424067   +Broughton & Singleton,   9057 Washington Ave NW,   Silverdale, WA 98383-8341
951424073   +CHS,   POB 618,   Auburn, WA 98071-0618
951424077   +CTM Group,   3939 S Orchard ST,   Tacoma, WA 98466-6723
951424068   +Carl T. Madsen,   c/o McGavick Graves,   1102 Broadway #500,   Tacoma, WA 98402-3534
951424072    Chevron,   POB 2001,   Concord, CA 94529-0001
951424074   +CollectCorp,   POB 101928,   Dept 4947A,   Birmingham, AL 35210-6928
951424075    Countrywide Home Loans,   POB 650225,   Dallas, TX 75265-0225
951424076   +Craig Gresham,   3105 NW Lakeness Rd,   Poulsbo, WA 98370-9714
951424078   +DirecTV,   POB 29079,   Glendale, CA 91209-9079
951424079   +Economy Air Temp Inc,   8753 State Highway 303,   Bremerton, WA 98311-8785
951424080   +GEMB/Chevron and Texaco,   POB 530950,   Atlanta, GA 30353-0950
951424081   +Group Health Cooperative,   Patient Financial Services,   POB 34584,   Seattle, WA 98124-1584
951424082   +Grouphealth,   Patient Financial Services,   POB 34365,   Seattle, WA 98124-1365
951424084    John Deere,   POB 5327,   Madison, WI 53705-0327
951424085   +Joseph Hueffed,   1204 150th Ave NE,   Bellevue, WA 98007-4263
951424086   +Kitsap County Treasurer,   614 Division St MS-32,   Port Orchard, WA 98366-4680
951424089    LVNV Funding LLC,   c/o Central Credit Services,   Jacksonville, FL 32239
951424087    La Ferme de Metras, LLC,   4680 State Hwy 6,   Doty, WA 98539
951424088   +Lewis County Treasurer,   351 NW N ST,   MS: TR501,   Chehalis, WA 98532-1926
951424090    Marilyn Hueffed,   POB 299,   Doty, WA 98539
951424091   +Miller Bay Water Company, Inc.,   POB 138,   Suquamish, WA 98392-0138
951424093   +Plovie Law Firm,   POB 878,   Redmond, WA 98073-0878
951424094   +Plovie Law Firm, P.S.,   POB 878,   Redmond, WA 98073-0878
951424095   +Sallie Mae,   POB 9533,   Wilkes Barre, PA 18773-9533
951424096   +Scott Causbie,   729 Aloha Street,   Edmonds, WA 98020-3019
951424097    St. Joseph Medical CTR,   Dept. #3067,   POB 34936,   Seattle, WA 98124-1936
951424098   +The Spellman Company,   6539 31st Avenue NE,   Seattle, WA 98115-7242
951424101   ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court: US Bank,   POB 108,   Saint Louis, MO 63166-9801)
951424099   ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court: US Bank,   POB 1800,   Saint Paul, MN 55101)
951424100   ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court: US Bank,   POB 790408,   Saint Louis, MO 63179-0408)
951424103   +WA Department of Revenue,   POB 5127,   Lacey, WA 98509-5127
951424104   +West Coast Enterprises,   2006 - 196th St SW #107,   Lynnwood, WA 98036-7090
951424106   +Westsound Bank,   c/o Daniel M. Caine,   Ryan Swanson & Cleveland PLLC,
              1201 Third Ave, Ste 3400,   Seattle, WA 98101-3034
951424105   +Westsound Bank,   607 Pacific AVE,   Bremerton, WA 98337-1931
```

The following entities were served by electronic transmission on Nov 20, 2008.
```
smg          EDI: IRS.COM Nov 20 2008 01:28:00      Internal Revenue Service,
              Centralized Insolvency Operations,   PO Box 21126,   Philadelphia, PA  19114-0326
smg          EDI: WADEPREV.COM Nov 20 2008 01:28:00      State of Washington,   Department of Revenue,
              2101 4th Ave, Ste 1400,   Seattle, WA  98121-2300
ust          E-mail/PDF: USTPREGION18.SE.ECF@USDOJ.GOV Nov 20 2008 05:36:21      US Trustee,
              700 Stewart St Ste 5103,   Seattle, WA 98101-1271
951424066    EDI: BANKAMER.COM Nov 20 2008 01:28:00      Bank of America,   POB 15026,
              Wilmington, DE 19850-5026
951424071   +EDI: CHASE.COM Nov 20 2008 01:28:00      Chase,   POB 94014,   Palatine, IL 60094-4014
951424069   +EDI: CHASE.COM Nov 20 2008 01:28:00      Chase,   POB 78420,   Phoenix, AZ 85062-8420
951424070   +EDI: CHASE.COM Nov 20 2008 01:28:00      Chase,   POB 15298,   Wilmington, DE 19850-5298
951424083    EDI: IRS.COM Nov 20 2008 01:28:00      IRS,   Jackson Federal Building,   915 2nd Ave  M/S W244,
              Seattle, WA 98174
951424092    EDI: CHASE.COM Nov 20 2008 01:28:00      Pier 1,   POB 15298,   Wilmington, DE 19850-5298
951424101    EDI: USBANKARS.COM Nov 20 2008 01:28:00      US Bank,   POB 108,   Saint Louis, MO 63166-9801
951424099    EDI: USBANKARS.COM Nov 20 2008 01:28:00      US Bank,   POB 1800,   Saint Paul, MN 55101
951424100    EDI: USBANKARS.COM Nov 20 2008 01:28:00      US Bank,   POB 790408,   Saint Louis, MO 63179-0408
951424102   +EDI: AFNIVZWIRE.COM Nov 20 2008 01:28:00      Verizon Wireless,   POB 96088,
              Bellevue, WA 98009-8800
                                                                                              TOTAL: 13

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
951424064    Allen Turnbull
                                                                                              TOTALS: 1, * 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 21, 2008**                              **Signature:**        _Joseph Speetjens_