___ FILED
_X_ LODGED
___ RECEIVED

November 24, 2008

MARK L. HATCHER
CLERK U.S. BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

The Honorable Paul B. Snyder
Chapter 11
*Ex Parte*

> Denied without prejudice.
> Must be noted for hearing.

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| In re<br><br>STEPHEN J. HUEFFED and AMY D. TURNBULL | Bankruptcy No. 08-46005 |
| In re<br><br>LA FERME DE METRAS, LLC,<br><br>                                    Debtors. | Bankruptcy No. 08-46007<br><br>*EX PARTE* ORDER APPROVING MOTION FOR JOINT ADMINISTRATION OF CASES |

THIS MATTER came before the Court on the *Ex Parte* Motion for Joint Administration of Cases filed by La Ferme de Metras, LLC and Stephen J. Hueffed and Amy D. Turnbull, the debtors-in-possession in these Chapter 11 cases. The Court has reviewed the Motion and the records and files herein, finding that good cause has been shown and finding that:

1.    La Ferme de Metras is an affiliate of Mr. Hueffed and Ms. Turnbull. La Ferme de Metras and Mr. Hueffed and Ms. Turnbull have filed Chapter 11 petitions in this Court.

*EX PARTE* ORDER APPROVING MOTION FOR
JOINT ADMINISTRATION OF CASES -1-

CROCKER KUNO PLLC

720 Olive Way, Suite 1000
Seattle, WA 98101 - 1853
P) 206-624-9894
F) 206-624-8598

2.      It will expedite administration of the two Chapter 11 cases and save costs to jointly administer them.

Now, therefore

IT IS HEREBY ORDERED:

1.      That the Chapter 11 cases of La Ferme de Metras, LLC, Case No. 08-46007-PBS and Stephen J. Hueffed and Amy D. Turnbull, Case No. 08-46005-PBS, shall be jointly administered pursuant to 11 U.S.C. §105, Fed. R. Bankr. P. 1015(b) and Local Bankruptcy Rule 1073-1.

2.      That the case of Stephen J. Hueffed and Amy D. Turnbull shall be designated the lead case for filing of documents, without affecting the substantive rights of the creditors, shareholders, or other parties in interest in those cases.  The case caption shall designate that the cases have been jointly administered.

3.      That the Chapter 11 cases of La Ferme de Metras, LLC and Mr. Hueffed and Ms. Turnbull, shall be jointly administered by using a single docket for the matters occurring in the cases, including the listing of filed claims, the combining of notices to creditors of the different estates, and the joint handling of other purely administrative matters.

4.      Nothing in this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the above-captioned chapter 11 cases.

////////////

////////////

////////////

*EX PARTE* ORDER APPROVING MOTION FOR
JOIN ADMINISTRATION OF CASES -2-

CROCKER KUNO PLLC

720 Olive Way, Suite 1000
Seattle, WA 98101 - 1853
P) 206-624-9894
F) 206-624-8598

5. That the caption shall appear as follows:

| | |
|---|---|
| In re<br><br>STEPHEN J. HUEFFED AND AMY D. TURNBULL<br><br>In re<br><br>LA FERME DE METRAS, LLC<br><br>Debtors. | Bankruptcy No. 08-46005-PBS<br><br>**Jointly Administered** |

DATED this _____ day of November 2008.

_____
The Honorable Paul B. Snyder
United States Bankruptcy Judge

Presented by:

CROCKER KUNO PLLC


By  */s/ Shelly Crocker*
        Shelly Crocker, WSBA #21232
Attorneys for Debtors

*EX PARTE* ORDER APPROVING MOTION FOR
JOINT ADMINISTRATION OF CASES -3-

CROCKER KUNO PLLC
720 Olive Way, Suite 1000
Seattle, WA 98101 - 1853
P) 206-624-9894
F) 206-624-8598