The Honorable Paul B. Snyder
Chapter 11
Hearing Date: December 18, 2008
Hearing Time: 9:00 a.m.
Hearing Location: Tacoma, WA
Response Date: December 11, 2008

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

In re

STEPHEN J. HUEFFED and
AMY D. TURNBULL,

                                Debtors.

No.  08-46005-PBS

APPLICATION TO EMPLOY CROCKER
KUNO PLLC AS DEBTORS' COUNSEL
*NUNC PRO TUNC*

Stephen J. Hueffed and Amy D. Turnbull ("Mr. Hueffed and Ms. Turnbull")

("Debtors"), the debtors-in-possession, apply to the Court for an order approving the

employment of Shelly Crocker and Crocker Kuno PLLC ("Crocker Kuno") as Chapter 11

counsel for Debtors *nunc pro tunc* to the filing date of November 14, 2008.  Debtors

make this application under § 327 of the United States Bankruptcy Code (the "Code"),

and Fed. R. Bankr. P. 2014.  In support of the application, Debtors state as follows:

        1.        Mr. Hueffed and Ms. Turnbull filed a Chapter 11 petition on November

14, 2008.

        2.        The Debtors are debtors-in-possession under 11 U.S.C. § 101 (51D).

CROCKER  KUNO _PLLC_
720 Olive Way, Suite 1000
Seattle, WA 98101 - 1853
P) 206-624-9894
F) 206-624-8598

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34
35
36
37
38
39
40
41
42
43
44
45
46
47

3.      Debtors retained the law firm of Crocker Kuno in April 2008 to advise

them regarding the possibility of filing a Chapter 11 petition.  Debtors now wish to

employ Shelly Crocker and Crocker Kuno for the execution of their Chapter 11 case.

Debtors have been informed that Shelly Crocker, the attorney at Crocker Kuno primarily

involved in this case, is admitted to practice before this Court and has read Local

Bankruptcy Rule 2016.

4.      The services to be performed by Crocker Kuno are necessary in order for

Debtors to perform their duties as debtors-in-possession.  Subject to the control of, and

further order of the Court, Crocker Kuno will render the following services to Debtors:

a.      To take all actions necessary to protect and preserve Debtors'

bankruptcy estate, including the prosecution of actions on Debtors' behalf.  To undertake,

in conjunction as appropriate with special litigation counsel, the defense of any action

commenced against Debtors, negotiations concerning litigation in which Debtors are

involved, objections to claims filed against Debtors in this bankruptcy case, and the

compromise or settlement of claims.

b.      To prepare the necessary applications, motions, memoranda,

responses, complaints, answers, orders, notices, reports and other papers required from

Debtors as debtors-in-possession in connection with administration of these cases.

c.      To negotiate with creditors concerning a Chapter 11 plan, to

prepare a Chapter 11 plan and disclosure statement and related documents, and to take

the steps necessary to confirm and implement a plan of reorganization.

APPLICATION TO EMPLOY CROCKER KUNO PLLC
AS DEBTORS' COUNSEL *NUNC PRO TUNC* - 2

CROCKER KUNO ℠
720 Olive Way, Suite 1000
Seattle, WA 98101 - 1853
P) 206-624-9894
F) 206-624-8598

Case 08-46005-PBS    Doc 14    Filed 11/25/08    Entered 11/25/08 17:06:16    Page 2 of 5

d.    To provide such other legal advice or services as may be required in connection with this Chapter 11 case.

5.    Debtors have selected Crocker Kuno for the following reasons:

a.    The attorneys at Crocker Kuno have substantial experience and expertise in the field of debtors' and creditors' rights, insolvency law and bankruptcy.

b.    Crocker Kuno has additional experience and expertise in matters involving finance, taxation, and commercial litigation.  Crocker Kuno has the resources necessary for the quick and efficient prosecution of this case.

c.    Debtors have confidence in Crocker Kuno and believe that Crocker Kuno is well qualified to represent them and their bankruptcy estate in this Chapter 11 case.

6.    In accordance with the engagement letters attached to the Declaration of Shelly Crocker, Debtors have agreed to compensate Crocker Kuno on the basis of its ordinary hourly rates, with additional reasonable fees to be paid on the basis of criteria set forth in the Washington Rules of Professional Conduct, including time spent, skill needed to perform legal services properly, preclusion of other employment, fees customarily charged, the amount involved and the results obtained, and the experience, reputation and ability of counsel.

7.    Mr. Hueffed and Ms. Turnbull gave Crocker Kuno an initial security retainer of $17,302.00, which includes the $1,039 Chapter 11 filing fees.  Five thousand dollars of the retainer was provided in April 2008 and the remaining $12,302.00 was

APPLICATION TO EMPLOY CROCKER KUNO PLLC
AS DEBTORS' COUNSEL *NUNC PRO TUNC* - 3

CROCKER  KUNO ₚₗₗ꜀
720 Olive Way, Suite 1000
Seattle, WA 98101 - 1853
P) 206-624-9894
F) 206-624-8598

Case 08-46005-PBS    Doc 14    Filed 11/25/08    Entered 11/25/08 17:06:16    Page 3 of 5

provided just prior to filing.  At the time of filing, the trust account has a balance of

$1,079.00.  The remaining retainer provided by Mr. Hueffed and Ms. Turnbull covers

both this Chapter 11 case and the Chapter 11 case of La Ferme de Metras, case number

08-46007.

   8.   The Debtors have agreed to pay an additional $10,000 retainer from

business operations as soon as practicable and seek court authority to pay this retainer to

Crocker Kuno.

   9.   To the best of the Debtors' knowledge, the partners of Crocker Kuno do

not have any connection with Debtors, their creditors, any other party in interest, or

respective attorneys or accountants.

   10.   The Debtors request that Crocker Kuno's employment be *nunc pro tunc* to

November 14, 2008. This application was noted for hearing, at the first hearing date

available after the Debtors' filing on November 14, 2008, because of the request for the

Court's authority to pay a post-petition retainer.  Crocker Kuno has provided a substantial

benefit to the estate by preparing necessary pleadings and aiding the Debtors in their

communications with the United States Trustee.

   11.   A proposed order is attached as Exhibit A.

*////////////*

*////////////*

*////////////*

*////////////*

APPLICATION TO EMPLOY CROCKER KUNO PLLC
AS DEBTORS' COUNSEL *NUNC PRO TUNC* - 4

CROCKER KUNO PLLC
720 Olive Way, Suite 1000
Seattle, WA 98101 - 1853
P) 206-624-9894
F) 206-624-8598

Case 08-46005-PBS   Doc 14   Filed 11/25/08   Entered 11/25/08 17:06:16   Page 4 of 5

WHEREFORE, for the reasons stated in this application, Debtors request that the

Court enter an order authorizing employment of the firm of Crocker Kuno PLLC to

represent Debtors in this Chapter 11 case *nunc pro tunc* to the filing date of

November 14, 2008, and authorizing the Debtors to pay an additional retainer of $10,000

from business operations.

DATED this 25th day of November 2008.

*/s/ Stephen J. Hueffed*
Stephen J. Hueffed

*/s/ Amy D. Turnbull*
Amy D. Turnbull

CROCKER KUNO PLLC

720 Olive Way, Suite 1000
Seattle, WA 98101 - 1853
P) 206-624-9894
F) 206-624-8598