The Honorable Paul B. Snyder
Chapter 11
Hearing Date: December 18, 2008
Hearing Time: 9:00 a.m.
Hearing Location: Tacoma, WA
Response Date: December 11, 2008

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| In re | |
|---|---|
| STEPHEN J. HUEFFED and AMY D. TURNBULL,<br><br>Debtors. | No. 08-46005-PBS<br><br>ORDER APPROVING APPLICATION TO EMPLOY CROCKER KUNO PLLC AS DEBTORS' COUNSEL *NUNC PRO TUNC* |

THIS MATTER came before the Court on the Application to Employ Debtors' Counsel *Nunc Pro Tunc* filed by Stephen J. Hueffed and Amy D. Turnbull, the debtors-in-possession in this Chapter 11 case. The Court has reviewed the Application and the accompanying Declaration of Shelly Crocker. The Court finds that Crocker Kuno PLLC is a law firm duly authorized to practice before this Court; that Crocker Kuno does not hold or represent any interest adverse to the estate; that Crocker Kuno is a disinterested person within the meaning of the United States Bankruptcy Code; that the employment of counsel is necessary to Debtors; and that Crocker Kuno is well qualified to represent the estate and the debtors-in-possession. Now, therefore, it is hereby

ORDER APPROVING APPLICATION TO EMPLOY
CROCKER KUNO PLLC AS DEBTORS' COUNSEL *NUNC PRO TUNC* - 1

CROCKER KUNO PLLC
720 Olive Way, Suite 1000
Seattle, WA 98101 - 1853
P) 206-624-9894
F) 206-624-8598

Case 08-46005-PBS  Doc 14-1  Filed 11/25/08  Entered 11/25/08 17:06:16  Page 1 of 2

ORDERED that Debtors' employment of Crocker Kuno PLLC as counsel for Debtors *nunc pro tunc* to the filing date of November 14, 2008, under the terms set forth in the Application and in accordance with the Engagement Letters attached to the Declaration of Shelly Crocker in Support of the Application, is approved; and it is,

FURTHER ORDERED that the Debtors are authorized to pay an additional retainer of $10,000 from business operations.

DATED this _____ day of December 2008.

_____
The Honorable Paul B. Snyder
United States Bankruptcy Judge

Presented by:

CROCKER KUNO PLLC


By    */s/ Chris Dale*
         Shelly Crocker, WSBA #21232
         Chris Dale, WSBA #40788
Attorneys for Debtors

ORDER APPROVING APPLICATION TO EMPLOY
CROCKER KUNO PLLC AS DEBTORS' COUNSEL *NUNC PRO TUNC* - 2

CROCKER KUNO PLLC
720 Olive Way, Suite 1000
Seattle, WA 98101 - 1853
P) 206-624-9894
F) 206-624-8598

Case 08-46005-PBS    Doc 14-1    Filed 11/25/08    Entered 11/25/08 17:06:16    Page 2 of 2