The Honorable Paul B. Snyder
Chapter 11
Hearing Date: December 18, 2008
Hearing Time: 9:00 a.m.
Hearing Location: Tacoma, WA
Response Date: December 11, 2008

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| In re<br><br>STEPHEN J. HUEFFED and<br>AMY D. TURNBULL,<br><br>Debtors. | No. 08-46005-PBS<br><br>DECLARATION OF SHELLY CROCKER IN SUPPORT OF APPLICATION TO EMPLOY CROCKER KUNO PLLC AS DEBTORS' COUNSEL |

Shelly Crocker declares as follows:

1. I am an attorney admitted to practice before this Court and am a member of the law firm of Crocker Kuno PLLC ("Crocker Kuno"). I am one of the attorneys representing Stephen J. Hueffed and Amy D. Turnbull, the debtors-in-possession in this Chapter 11 case ("Debtors"). I have personal knowledge of the facts stated in this Declaration and am competent to testify to them.

2. I have undertaken an investigation of any connections that may exist between Crocker Kuno and the Debtors, the creditors of Debtors, other known parties in

DECLARATION OF SHELLY CROCKER IN SUPPORT OF APPLICATION
TO EMPLOY CROCKER KUNO PLLC AS DEBTORS' COUNSEL - 1

CROCKER KUNO PLLC
720 Olive Way, Suite 1000
Seattle, WA 98101 - 1853
P) 206-624-9894
F) 206-624-8598

Case 08-46005-PBS    Doc 16    Filed 11/25/08    Entered 11/25/08 17:21:43    Page 1 of 3

interest in this case, and their respective attorneys and accountants. To the best of my knowledge, there are no such connections.

3. Copies of the Engagement Letters are attached as **Exhibits A and B** to this Declaration.

4. Mr. Hueffed and Ms. Turnbull gave Crocker Kuno an initial security retainer for pre-petition work of $17,302.00, which includes the $1,039 Chapter 11 filing fees. Five thousand dollars of the retainer was provided in April 2008 and the remaining $12,302.00 was provided just prior to filing. At the time of filing, the trust account has a balance of $1,079.00. The remaining retainer provided by Mr. Hueffed and Ms. Turnbull covers both this Chapter 11 case and the Chapter 11 case of La Ferme de Metras, LLC, case number 08-46005.

5. Crocker Kuno will seek, and expects Debtors to support, the payment of Crocker Kuno's allowed fees and costs incurred in prosecuting the Chapter 11 case.

6. Crocker Kuno will seek compensation from the bankruptcy estate under §§ 330 and 331 of the United States Bankruptcy Code.

7. Crocker Kuno has not shared or agreed to share compensation with any other entity.

8. To the best of my knowledge, Crocker Kuno does not hold or represent any interest adverse to Debtors or the bankruptcy estates in the matters for which Crocker Kuno is to be engaged. I believe Crocker Kuno is a "disinterested person" for purposes of §§ 101(13), 327(c) and 1107(b) of the United States Bankruptcy Code.

DECLARATION OF SHELLY CROCKER IN SUPPORT OF APPLICATION
TO EMPLOY CROCKER KUNO PLLC AS DEBTORS' COUNSEL - 2

CROCKER KUNO PLLC
720 Olive Way, Suite 1000
Seattle, WA 98101 - 1853
P) 206-624-9894
F) 206-624-8598

Case 08-46005-PBS    Doc 16    Filed 11/25/08    Entered 11/25/08 17:21:43    Page 2 of 3

9. I have reviewed and am familiar with Local Bankruptcy Rule 2016.

Under penalty of perjury, I declare I have read this statement and to the best of my knowledge believe it is true.

DATED this 24th day of November 2008.

*/s/ Shelly Crocker*
Shelly Crocker

DECLARATION OF SHELLY CROCKER IN SUPPORT OF APPLICATION
TO EMPLOY CROCKER KUNO PLLC AS DEBTORS' COUNSEL - 3

CROCKER KUNO PLLC
720 Olive Way, Suite 1000
Seattle, WA 98101 - 1853
P) 206-624-9894
F) 206-624-8598