The Honorable Paul B. Snyder
Chapter 11
Hearing Date: December 18, 2008
Hearing Time: 9:00 a.m.
Hearing Location: Tacoma, WA
Response Date: December 11, 2008

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT **TACOMA**

In re

STEPHEN J. HUEFFED and AMY D. TURNBULL,

Debtors.

Bankruptcy No. 08-46005-PBS

NOTICE OF HEARINGS ON 1) MOTION FOR JOINT ADMINISTRATION OF CASES AND 2) APPLICATION TO EMPLOY CROCKER KUNO AS DEBTORS' COUNSEL *NUNC PRO TUNC*

PLEASE TAKE NOTICE that Debtors' motion for the joint administration of Stephen Hueffed and Amy Turnbull, case number 08-46005, and La Ferme de Metras, LLC, case number 08-46007, and Debtors' application requesting the authorization to employ Crocker Kuno PLLC as Debtors' counsel *nunc pro tunc* to the petition date of November 14, 2008, and the payment of a post-petition retainer of $10,000 to Crocker Kuno PLLC **ARE SET FOR HEARING** as follows:

| | |
|---|---|
| JUDGE: | Honorable Paul B. Snyder |
| PLACE: | United States Courthouse<br>1717 Pacific Avenue, Suite 2100<br>Tacoma, WA 98402-3233 |
| DATE: | December 18, 2008 |
| TIME: | 9:00 a.m. |
| RESPONSE DATE: | December 11, 2008 |

NOTICE OF HEARINGS ON 1) MOTION FOR JOINT ADMINISTRATION OF CASES AND 2) APPLICATION TO EMPLOY CROCKER KUNO AS DEBTORS' COUNSEL *NUNC PRO TUNC* -1-

CROCKER KUNO PLLC
720 Olive Way, Suite 1000
Seattle, WA 98101 - 1853
P) 206-624-9894
F) 206-624-8598

Case 08-46005-PBS    Doc 17    Filed 11/25/08    Entered 11/25/08 17:25:46    Page 1 of 2

**IF YOU OPPOSE EITHER OF THESE MOTIONS**, you must file your written response with the Clerk of Court and deliver copies to the undersigned **NOT LATER THAN December 11, 2008**. Copies of the motions are on file with the Clerk of Court at the address above. If no responses are received, the Court may, at its discretion, enter an order without further notice.

DATED THIS 25th day of November 2008.

CROCKER KUNO PLLC

By  */s/ Chris Dale*
    Shelly Crocker WSBA #21232
    Chris Dale, WSBA #40788
Attorneys for Debtors

NOTICE OF HEARINGS ON 1) MOTION FOR JOINT ADMINISTRATION OF CASES AND 2) APPLICATION TO EMPLOY CROCKER KUNO AS DEBTORS' COUNSEL *NUNC PRO TUNC* -2-

CROCKER KUNO PLLC
720 Olive Way, Suite 1000
Seattle, WA 98101 - 1853
P) 206-624-9894
F) 206-624-8598

Case 08-46005-PBS    Doc 17    Filed 11/25/08    Entered 11/25/08 17:25:46    Page 2 of 2