The Honorable Paul B. Snyder
Chapter 11
Hearing Date: December 18, 2008
Hearing Time: 9:00 a.m.
Hearing Location: Tacoma, WA
Response Date: December 11, 2008

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT **TACOMA**

| | |
|---|---|
| In re<br><br>STEPHEN J. HUEFFED and AMY D. TURNBULL,<br><br><br><br>Debtors. | Bankruptcy No. 08-46005-PBS<br><br>PROOF OF SERVICE |

I, Ida M. Werner, certify under penalty of perjury that on November 25, 2008, I caused copies of the **Notice of Hearings on (1) Motion For Joint Administration of Cases and (2) Application to Employ Crocker Kuno as Debtors' Counsel Nunc Pro Tunc** to be served on all those listed on the matrix attached hereto, as extracted by PACER, by depositing in the United States mail at Seattle, Washington, via first-class mail, postage prepaid.

DATED THIS 25th day of November, 2008.

*/s/Ida M. Werner*
Ida M. Werner

PROOF OF SERVICE -1-

CROCKER KUNO PLLC
720 Olive Way, Suite 1000
Seattle, WA 98101 - 1853
P) 206-624-9894
F) 206-624-8598