| | | |
|---|---|---|
| Label Matrix for local noticing<br>0981-3<br>Case 08-46005-PBS<br>Western District of Washington<br>Tacoma<br>Mon Nov 24 14:41:03 PST 2008 | Westsound Bank<br>c/o Daniel M Caine<br>1201 3rd Ave #3400<br>Seattle, WA 98101-3268 | U.S. Bankruptcy Court<br>1717 Pacific Avenue<br>Suite 2100<br>Tacoma, WA 98402-3233 |
| ARSTRAT<br>20819 72nd AVE S, STE 305<br>Kent, WA 98032-2390 | Alarm Center Inc.<br>dba Custom Securty System<br>POB 3407<br>Lacey, WA 98509-3407 | Bank of America<br>POB 15026<br>Wilmington, DE 19850-5026 |
| Broughton & Singleton<br>9057 Washington Ave NW<br>Silverdale, WA 98383-8341 | CHS<br>POB 618<br>Auburn, WA 98071-0618 | CTM Group<br>3939 S Orchard ST<br>Tacoma, WA 98466-6723 |
| Carl T. Madsen<br>c/o McGavick Graves<br>1102 Broadway #500<br>Tacoma, WA 98402-3534 | Chase<br>POB 15298<br>Wilmington, DE 19850-5298 | Chase<br>POB 78420<br>Phoenix, AZ 85062-8420 |
| Chase<br>POB 94014<br>Palatine, IL 60094-4014 | Chevron<br>POB 2001<br>Concord, CA 94529-0001 | CollectCorp<br>POB 101928<br>Dept 4947A<br>Birmingham, AL 35210-6928 |
| Countrywide Home Loans<br>POB 650225<br>Dallas, TX 75265-0225 | Craig Gresham<br>3105 NW Lakeness Rd<br>Poulsbo, WA 98370-9714 | DirecTV<br>POB 29079<br>Glendale, CA 91209-9079 |
| Economy Air Temp Inc<br>8753 State Highway 303<br>Bremerton, WA 98311-8785 | GEMB/Chevron and Texaco<br>POB 530950<br>Atlanta, GA 30353-0950 | Group Health Cooperative<br>Patient Financial Services<br>POB 34584<br>Seattle, WA 98124-1584 |
| Grouphealth<br>Patient Financial Services<br>POB 34365<br>Seattle, WA 98124-1365 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 21126<br>PHILADELPHIA PA 19114-0326 | John Deere<br>POB 5327<br>Madison, WI 53705-0327 |
| Joseph Hueffed<br>1204 150th Ave NE<br>Bellevue, WA 98007-4263 | Kitsap County Treasurer<br>614 Division St MS-32<br>Port Orchard, WA 98366-4680 | LVNV Funding LLC<br>c/o Central Credit Services<br>Jacksonville, FL 32239 |
| La Ferme de Metras, LLC<br>4680 State Hwy 6<br>Doty, WA 98539 | Lewis County Treasurer<br>351 NW N ST<br>MS: TR501<br>Chehalis, WA 98532-1926 | Marilyn Hueffed<br>POB 299<br>Doty, WA 98539 |

| | | |
|---|---|---|
| Miller Bay Water Company, Inc.<br>POB 138<br>Suquamish, WA 98392-0138 | Pier 1<br>POB 15298<br>Wilmington, DE 19850-5298 | Plovie Law Firm<br>POB 878<br>Redmond, WA 98073-0878 |
| Plovie Law Firm, P.S.<br>POB 878<br>Redmond, WA 98073-0878 | Sallie Mae<br>POB 9533<br>Wilkes Barre, PA 18773-9533 | Scott Causbie<br>729 Aloha Street<br>Edmonds, WA 98020-3019 |
| St. Joseph Medical CTR<br>Dept. #3067<br>POB 34936<br>Seattle, WA 98124-1936 | The Spellman Company<br>6539 31st Avenue NE<br>Seattle, WA 98115-7242 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 |
| US Trustee<br>700 Stewart St Ste 5103<br>Seattle, WA 98101-1271 | Verizon Wireless<br>POB 96088<br>Bellevue, WA 98009-8800 | WA Department of Revenue<br>POB 5127<br>Lacey, WA 98509-5127 |
| West Coast Enterprises<br>2006 - 196th St SW #107<br>Lynnwood, WA 98036-7090 | Westsound Bank<br>607 Pacific AVE<br>Bremerton, WA 98337-1931 | Westsound Bank<br>c/o Daniel M. Caine<br>Ryan Swanson & Cleveland PLLC<br>1201 Third Ave, Ste 3400<br>Seattle, WA 98101-3034 |
| Amy D Turnbull<br>POB 274<br>Doty, WA 98539-0274 | Shelly Crocker<br>Crocker Kuno LLC<br>720 Olive Wy Ste 1000<br>Seattle, WA 98101-1881 | Stephen J Hueffed<br>POB 274<br>Doty, WA 98539-0274 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| IRS<br>Jackson Federal Building<br>915 2nd Ave  M/S W244<br>Seattle, WA 98174 | US Bank<br>POB 108<br>Saint Louis, MO 63166-9801 | (d)US Bank<br>POB 1800<br>Saint Paul, MN 55101 |
| (d)US Bank<br>POB 790408<br>Saint Louis, MO 63179-0408 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Allen Turnbull

End of Label Matrix  
Mailable recipients    47  
Bypassed recipients     1  
Total                  48