# CROCKER KUNO PLLC

720 Olive Way, Suite 1000
Seattle, WA 98101 - 1853
P) 206-624-9894
F) 206-624-8598

La Ferme de Metras, LLC
POB 274
Doty, WA 98539

October 13, 2009

Attn: Stephen Hueffed & Amy Turnbull

**In Reference To:** Chapter 11

**Invoice #:** 5885

| | | Professional Services | Hours | Amount |
|---|---|---|---|---|
| 9/08/09 | CAK | E-mails form Z. Mosner re La Ferme Plan-interest rate and what needed for taxing agencies not to object to Plan. Respond same and contact C. Dale | 0.30 | 112.50 |
| 9/23/09 | CFD | Exchange phone calls with G. Shuck re plan confirmation and the terms for C. Gresham in the plan; draft and edit motion for extension of plan confirmation period | 1.90 | 370.50 |
| 9/24/09 | SC | Review and revise fee applications. | 1.00 | 375.00 |
| | CFD | Telephone call with G. Shuck re the plan and disclosure statement | 0.20 | 39.00 |
| | CFD | Edit fee application | 2.20 | 429.00 |
| | IW | File and serve fee application, proposed order, notice and declaration re same (NO CHARGE) | 0.60 | 0.00 |
| | IW | File motion, notice, proposed order re extension of time to file plan (NO CHARGE) | 0.30 | 0.00 |
| | KAS | Review, finalize and prepare mailing for confirmation extension motion (NO CHARGE). | 0.30 | 0.00 |
| | KAS | Review, edit and prepare matrix for fee application (NO CHARGE). | 0.30 | 0.00 |
| 9/25/09 | TT | Conference with C. Dale re plan acceptances | 0.10 | 35.00 |

**EXHIBIT A**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 9/28/09 | CFD | Telephone call with L. Tieman re business operations, monthly reporting, and fee application | 0.90 | 175.50 |
| 9/30/09 | CFD | Telephone call with R. Sullivan re valuation of the farm | 0.40 | 78.00 |
| 10/01/09 | KAS | Review, redact, file and serve monthly financial reports for June and July of 2009. | 0.60 | 54.00 |
| 10/02/09 | CFD | Telephone call with R. Sullivan regarding farm valuation; email to S. Hueffed and A. Turnbull regarding the same | 0.30 | 58.50 |
|  | TT | Conference with C. Dale re valuation hearing and testimony, if required | 0.20 | 70.00 |
|  | KAS | Review, redact, file and serve monthly financial reports for August of 2009. | 0.40 | 36.00 |
| 10/06/09 | CFD | Telephone call with Mike Gustafson re plan and his objection to confirmation; review objection and executive summary of the appraisal | 0.40 | 78.00 |
|  | CFD | Review appraisal provided by the FDIC | 1.90 | 370.50 |
|  | TS | Research re perfected status of farm tractor. | 0.70 | 136.50 |
| 10/07/09 | CFD | Conference with T. Tracy re plan terms and review of the appraisal (.3); outline confirmation memorandum issues-cramdown and valuation (1.8); review ballots and edit ballot summary (.5) | 2.60 | 507.00 |
|  | TS | Research re perfection status tractor; draft memo re perfected status of tractor. | 5.50 | 1,072.50 |
|  | TT | Review appraisal with C. Dale and determine methods of attacking valuation at contested confirmation hearing; discuss plan confirmation hearing | 1.50 | 525.00 |
| 10/08/09 | CFD | Draft memorandum in support of plan confirmation (4.5); telephone call with A. Turnbull re voting (.1); telephone call with S. Hueffed re voting, the valuation of the property, and the FDIC's appraisal (.6); conference with L. Tieman re plan confirmation and the business operations and cash flow (.6); review memo from T. Simonyan re the FPC security interest (.5) | 5.40 | 1,053.00 |
|  | TS | Finish drafting memo re perfection status of tractor (NO CHARGE). | 3.00 | 0.00 |
|  | TT | Conference with C. Dale re plan confirmation hearing; evidence; memorandum and declarations, tractor adversary proceding | 1.20 | 420.00 |
|  | KAS | Draft, review and edit ballot summary and ballot summary spreadsheet. | 0.60 | 54.00 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 10/09/09 | CFD | Draft and edit L. Tieman declaration (.6); draft and edit S. Hueffed declaration (1.4); telephone call with S. Hueffed re declaration and plan confirmation issues like valuation, etc (1.0); draft and edit confirmation memorandum (5.0); finalize and file declarations and memorandum, conversation with S. Crocker and T. Tracy re memorandum and confirmation issues (.3); telephone call with B. Jones re confirmation (.2); exchange emails with B. Jones re same | 8.50 | 1,657.50 |
| | CFD | Exchange emails with A. Turnbull re cheese recipe contract | 0.10 | 19.50 |
| | TT | Multiple telephone calls with C. Dale re confirmation status; review confirmation memorandum and client declaration in support | 1.00 | 350.00 |
| | KAS | Review, edit, and file ballot summary (.3); review and edit declarations of L. Tieman and S. Hueffed in support of plan (.4); e-mail and telephone call to L. Tieman re declaration (.2); review and edit memorandum in support of plan (1.0); review, finalize and file memorandum and declarations in support of plan (.3). | 2.20 | 198.00 |
| 10/11/09 | CFD | Research implications of representation re personal use in retail credit agreement/security agreement | 1.80 | 351.00 |
| 10/12/09 | CFD | Conference with T. Simonyan re tractor security interest and complaint (.3-NO CHARGE); exchange emails/phone calls with S. Hueffed (.1) | 0.10 | 19.50 |
| | TT | Conference with C. Dale re plan confirmation hearing | 0.40 | 140.00 |
| | KAS | Confirm hearing on plan confirmation (.1); draft declaration of no objection and finalize order regarding motion to extend time to confirm plan (.2). | 0.30 | 27.00 |
| | KAS | Draft declaration of no objections and finalize order regarding fee application. | 0.20 | 18.00 |
| 10/13/09 | SC | Adjustment for bankruptcy notice | | -1,966.50 |
| | CFD | Telephone call with S. Hueffed re security agreement and tractor purchase (.5); exchange emails with B. Jones re same and plan confirmation issues (.2) | 0.70 | 136.50 |

|  |  | For professional services rendered | 48.10 | $7,000.00 |

**Costs**

| Date | | Description | | Amount |
|---|---|---|---|---:|
| 9/11/09 | | Photocopies | | 691.50 |
| | | Postage | | 194.40 |
| 9/28/09 | | Filing fee | | 26.00 |

La Ferme de Metras, LLC  October 13, 2009

4

4

| 9/30/09 | Pacer-La Ferme | 1.52 |
|---|---|---|
| | Totals | $913.42 |

| **Total Fee & Disbursements** | **$7,913.42** |
|---|---|
| Previous Balance | 43,130.71 |
| **Balance Now Due** | **$51,044.13** |

## TRUST STATEMENT

|  | Disbursements | Receipts |
|---|---:|---:|
| Trust Balance Forward |  | 1,097.00 |
| Total Trust | $0.00 | $1,097.00 |
| **Trust Balance** |  | **$1,097.00** |